**Order filed August 10, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00135-CR
NO. 14-12-00136-CR
NO. 14-12-00137-CR

_____

**DON GRIJALVA-LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause Nos. 1146588, 1223212, and 1224946**

## ORDER

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the pre-sentence investigation report.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **August 20, 2012**, containing the pre-sentence investigation report.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM